```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

Dr. Gerald Finkel, as Chairman of the
Joint Industry Board of the Electrical
Industry,

                        Plaintiff,           06-CV-2264 (CPS)

        - against -
                                              ORDER
Tech Man, Inc.,

                        Defendant.

-----------------------------------------X
```

No objections to the Report and Recommendation of Magistrate Judge Matsumoto dated November 27, 2006, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by February 22, 2007, a revised proposed judgment consistent with Magistrate Judge Matsumoto's Report and Recommendation.

The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

SO ORDERED.

Dated :  Brooklyn, New York
         February 6, 2007


                        By: /s/ Charles P. Sifton (electronically signed)
                                      United States District Judge